ACCEPTED
12-15-00222-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/11/2015 2:47:00 PM
Pam Estes
CLERK

No. 12-15-00222-CV

| | | |
|---|---|---|
| DEBBIE TARVER SINGLETON, | § | IN THE TWELFTH DISTRICT |
| Appellant | § | |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| Josette Newberry, et al, | § | |
| Appellee | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/11/2015 2:47:00 PM
PAM ESTES
Clerk

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

Appellant Debbie Tarver Singleton, files this Motion for Extension of Time to File Notice of Appeal pursuant to TEX. R. APP. P. 26.3 and would respectfully show:

Appellant is appealing from a Final Judgment signed by the 1st District Court of San Augustine County on May 15, 2015 in the case styled Josette Newberry, et al v. Debbie Tarver, et al, cause no. CV-12-9397. The deadline to file the Notice of Appeal was August 15, 2015. The Notice of Appeal was filed in the trial court on August 24, 2015. Appellant seeks an extension of time until August 24, 2015 to file the Notice of Appeal.

This extension of time is necessary because no notice of the signed judgment was received by my office and thus the time limit for the Notice of Appeal was never docketed. This extension of time is not sought for the purposes of delay, but so that justice may be done.

For these reasons, Appellant respectfully requests that the Court grant this motion and extend the deadline to file the Notice of Appeal until August 24, 2015. Appellant also requests all other relief to which Appellant is justly entitled.

Respectfully submitted,

Julie L. Conn, Attorney at Law, PLLC
107 N. Texas St.
Hemphill, TX 75948
Tel: (409) 787-1356
Fax: (409) 787-1928


By: _____

Julie L. Conn
State Bar No. 24036331
julieconn@windstream.net
Attorney for Debbie Tarver

## VERIFICATION

| | | |
|---|---|---|
| STATE OF TEXAS | | § |
| | | § |
| COUNTY OF SABINE | | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Julie L. Conn, who, being duly sworn, stated that he/she has read this motion and that the statements therein are within her personal knowledge and are true and correct.

_____

Julie L. Conn

SUBSCRIBED AND SWORN TO BEFORE ME this the 11th day of September, 2015.

Notary Public in and for the State of Texas

_____
Becky R. Childers
Notary Public, State of Texas

Becky R Childers
Notary Public,
State of Texas
Expires: 11/24/2015

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Appellee regarding this motion and that Appellee is opposed to this motion.

_____
Julie L. Conn


**CERTIFICATE OF SERVICE**

I certify that on August 24, 2015, I mailed a copy of this motion to the following counsel by First Class U.S. Mail and facsimile 936-598-6086:

Thomas R. McLeroy, Jr.
P.O. Box 668
Center, Texas 75935
*Counsel for Appellee*

_____
Julie L. Conn